# IN THE MISSOURI COURT OF APPEALS
## FEBRUARY 25, 2014
## WESTERN DISTRICT


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b) AND ISSUED PER CURIAM**

-----------------------------------------------------------------------------------------

| | |
|---|---|
| WD75425 | Michael Limley vs. State of Missouri |
| WD76313 | Anthony Johnson vs. State of Missouri |
| WD76397 | Emilie Gaudin vs. Division of Employment Security |
| WD76405 | Randy Ralstin vs. State of Missouri |
| WD76547 | Second Injury Fund vs. Daneen Pennington |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b) AND ISSUED PER CURIAM**

-----------------------------------------------------------------------------------------

| | |
|---|---|
| WD74260 | State of Missouri vs. Melissa Thompson |
| WD76059 | State of Missouri vs. Terry Lea Gardner |
| WD76072 | State of Missouri vs. Demetrius L. Boyce |
| WD76137 | State of Missouri vs. Anthony Tyrone McNack |